| | |
|---|---|
| 1 | Glenn R. Kantor, CA Bar No. 122643 |
| | gkantor@kantorlaw.net |
| 2 | Beth A. Davis, CA Bar No. 277560 |
| | bdavis@kantorlaw.net |
| 3 | KANTOR & KANTOR, LLP |
| | 19839 Nordhoff Street |
| 4 | Northridge, CA 91324 |
| | Telephone: 818.886.2525 |
| 5 | Facsimile:   818.534.0567 |

Attorneys for Plaintiff
JENNIFER PARKINSON

HARDY R. MURPHY, CA Bar No. 187149
hardy.murphy@ogletreedeakins.com
OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213.239.9800
Facsimile:   213.239.9045

Attorneys for Defendant
ANTHEM LIFE AND DISABILITY
INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PARKINSON,<br><br>            Plaintiff,<br><br>     v.<br><br>ANTHEM LIFE AND DISABILITY INSURANCE COMPANY,<br><br>            Defendant. | Case No. CV 12 -2075-ODW(PLAx)<br><br>**ORDER UPON PARTIES STIPULATION OF DISMISSAL**<br><br>Complaint Filed: March 12, 2012<br>Trial Date:        None Set<br>Judge:             Hon. Victor B. Kenton |

1  Having considered the concurrently filed "Stipulation of Dismissal,"

2  **GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY**

3  **ORDERED** that the above-referenced cause of action be and hereby is dismissed in

4  its entirety, with prejudice. Each party shall bear his, her or its own costs and

5  attorneys' fees.

6  **IT IS SO ORDERED.**

9  DATED:  September 20, 2012   _____

   The Hon. Otis D. Wright, II
   Judge, United States District Court,
   Central District of California