Glenn R. Kantor, CA Bar No. 122643
gkantor@kantorlaw.net
Beth A. Davis, CA Bar No. 277560
bdavis@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: 818.886.2525
Facsimile:   818.534.0567

Attorneys for Plaintiff
JENNIFER PARKINSON

HARDY R. MURPHY, CA Bar No. 187149
hardy.murphy@ogletreedeakins.com
OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213.239.9800
Facsimile:   213.239.9045

Attorneys for Defendant
ANTHEM LIFE AND DISABILITY
INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PARKINSON,<br><br>       Plaintiff,<br><br>   v.<br><br>ANTHEM LIFE AND DISABILITY INSURANCE COMPANY,<br><br>       Defendant. | Case No. CV 12 -2075-ODW(PLAx)<br><br>**ORDER UPON PARTIES STIPULATION OF DISMISSAL**<br><br>Complaint Filed: March 12, 2012<br>Trial Date:         None Set<br>Judge:               Hon. Victor B. Kenton |

1  Having considered the concurrently filed "Stipulation of Dismissal,"

2  **GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY**

3  **ORDERED** that the above-referenced cause of action be and hereby is dismissed in

4  its entirety, with prejudice. Each party shall bear his, her or its own costs and

5  attorneys' fees.

6  **IT IS SO ORDERED.**

7

8

9  DATED: September 20, 2012           _____

10                                              The Hon. Otis D. Wright, II
                                                Judge, United States District Court,
                                                Central District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28